**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



Dated: December 14, 2009

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 00-11338-CAG |
| | § | |
| FELIX A. REYNA, JR. | § | |
| JUANITA V. REYNA | § | CHAPTER 7 |
| | § | |
| Debtor. | § | |

**ORDER DENYING MOTION TO VACATE ORDER DISBURSING UNCLAIMED FUNDS**

On this date came on to be considered the above-styled and numbered Chapter 7 case and, in particular, the Debtor's Motion to Vacate Order Disbursing Unclaimed Funds (docket #129). On October 16, 2009, eCAST Settlement Corporation filed an Application for Order Directing Payment of Funds on behalf of MBNA America Bank, a creditor in the Chapter 7 case (docket #126). Along with the Application, eCAST filed a notarized document, signed by MBNA, which granted J. Armstrong Duffield a limited power of attorney "to recover cash or cash equivalents specifically arising from the Felix A. Reyna and Juanita V. Renya bankruptcy matter . . . ." On December 2, 2009, the Court entered an Order Disbursing Unclaimed Funds to

1

eCAST care of J. Armstrong Duffield (docket #127).  Thus, the Court finds that J. Armstrong Duffield is authorized to receive payment of Creditor MBNA's unclaimed funds and that the Debtor's motion should be DENIED.

IT IS, THEREFORE, ORDERED that Debtor's Motion to Vacate Order Disbursing Unclaimed Funds shall be, and hereby is, DENIED.

# # #